# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

    -against-                                                              Case Number: **07-CR-00511-GEL**

    TONY DUH

                Defendant

To the Clerk of this court and all parties of record: Enter my appearance by ECF as counsel in this case for:

MR. TONY DUH

I hereby certify that I am admitted to practice in this district, having been admitted on 9/18/95, and that I am a member of the New York and SDNY bars in good standing.

<u>S. MICHAEL MUSA-OBREGON, ESQ.</u>
Bar Number: SMMO 1220
MUSA-OBREGON & ASSOCIATES
55-21 69TH STREET
MASPETH, NY 11372
Email address: musaobregonlaw@gmail.com
Tel. (718) 803-1000
Fax (718) 507-8486
Cell number (917) 224-5497

<u>TELESFORO DEL VALLE JR., ESQ., OF COUNSEL ON THIS MATTER</u>

445 PARK AVENUE
14TH FLOOR
NEW YORK, NY 10022
Tel. (212) 481-1900
Fax (212) 481-4853
Cell (347) 200-5363
ADMITTED TO THE EDNY ON 9/19/1984
BAR NUMBER: TDV7577

DATE: SEPTEMBER 26, 2007