UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :
UNITED STATES OF AMERICA,           :
                                                  :          07 Cr. 511 (GEL)
     -v-                                        :          ORDER
SALVATORE MOLINA, TONY DUH, AND  :
LINDA DUH,                                 :
                                                  :
                      Defendants.      :
-------------------------------------------------------------x

[Filing stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/31/07]

GERARD E. LYNCH, District Judge:

       By letter dated October 30, 2007, counsel for Tony Duh, on behalf of his client as well as Linda Duh (with the consent and approval of her counsel), as well as with the consent of the Government, request that the status conference currently scheduled for November 2, 2007, be rescheduled for November 20, 2007, so that the parties can continue discussions about a possible disposition. Defendants consent to the exclusion of time under the Speedy Trial Act.

       Because the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of defendants and of the public in a speedy trial, it is hereby ORDERED that:

       1. The subsequent conference is adjourned to November 20, 2007, at 2:00 p.m., and the time from November 2, 2007, until November 20, 2007, is excluded from the Speedy Trial calculation in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:        New York, New York
                October 31, 2007

                                                                    GERARD E. LYNCH
                                                               United States District Judge