# MUSA-OBREGON & ASSOCIATES
## ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
TEL (718) 803-1000
FAX (718) 507- 8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*
_____
MAYRA VELEZ*
JUAN CARLOS MONTEZA*
SUSAN N. ROSTI **
JOSHUA MATIC*

SANDERS L. DENIS*
    OF COUNSEL

NEW JERSEY OFFICE

SUSAN N. ROSTI, ESQ.
177 OUTWATER LANE
GARFIELD, NJ 07026

*Admitted only in NY. Practice in NJ limited to Immigration and Nationality Law.
**Admitted in NJ, NY

TO BE FILED UNDER SEAL

BY ECF AND HAND DELIVERY

July 24, 2008

The Honorable Gerard E. Lynch, USDJ
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE: USA v. Linda Duh and Tony Duh 7-Cr-511 (GEL)

Dear Judge Lynch:

Please accept this amended version of the memorandum sent to the Court yesterday now correcting several unfortunate typographical errors. Other than the correction of these errors there are no substantive changes to the memo. Our sincere apologies to the Court and to government counsel.

Respectfully submitted,

S. S. Michael Musa-Obregon,
S. MICHAEL MUSA-OBREGON, ESQ.

S/ Telesforo Del Valle, Jr.
TELESFORO EL VALLE JR. , ESQ.


cc:     AUSA Glen Garrett McGorty

.